IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE BADUE,

     Plaintiff,                  No. CIV S-10-2313 EFB (TEMP) P

    vs.

KARI REEVE, et al.,

     Defendants.       <u>ORDER</u>

_____/

     In accordance with the "referral notice" filed in this action on April 21, 2011 by the Clerk of the U.S. Court of Appeals for the Ninth Circuit, the court finds that plaintiff's appeal of the March 15, 2011 dismissal of this action is not taken in good faith. The Clerk is directed to serve a copy of this order on the Court of Appeals.

DATED: April 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE